BROWN GAVALAS & FROMM LLP
Attorneys for Plaintiff
SETSEA SPA
355 Lexington Avenue
New York, New York 10017
212-983-8500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SETSEA SPA

                Plaintiff,

   -against-

THE GREAT PACIFIC INC., OCEAN LONGEVITY
SHIPPING & MANAGEMENT COMPANY LTD. and
OCEAN LINE HOLDINGS LTD.,

                Defendants.
------------------------------------------------------------------X

07 Civ. 6225 (RMB)

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiff, SEATSEA SPA, certifies that there are no corporate parents, subsidiaries, or affiliates of this party which are publicly held.

Dated: New York, New York
       July 5, 2007

                              BROWN GAVALAS & FROMM LLP
                              Attorneys for Plaintiff
                              SEATSEA SPA.

                    By: _____
                          Peter Skoufalos (PS-0105)
                          355 Lexington Avenue
                          New York, New York 10017
                          212-983-8500