BROWN GAVALAS & FROMM LLP
Attorneys for Plaintiff
SETSEA SPA
355 Lexington Avenue
New York, New York 10017
212-983-8500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SETSEA SPA.,

             Plaintiff,

   -against-

THE GREAT PACIFIC INC., OCEAN LONGEVITY
SHIPPING & MANAGEMENT COMPANY LTD. and
OCEAN LINE HOLDINGS LTD.,

             Defendants.
-----------------------------------------------------------X

07 Civ. 6225(RMB)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(i)**

     PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff, SETSEA SPA., hereby dismisses this action as to all defendants, without prejudice and without costs to any party.

Dated: New York, New York
       July 27, 2007

BROWN GAVALAS & FROMM LLP
Attorneys for Plaintiff
SETSEA SPA

Peter Skoufalos (PS-0105)
355 Lexington Avenue
New York, NY 10017
(212) 983-8500

THE CLERK OF THE COURT IS RESPECTFULLY REQUESTED TO CLOSE THIS CASE.

SO ORDERED:
Date: 8/8/07
Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug. 8, 2007